UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEVEN SOIFERMAN,

    Plaintiff,

v.

A&R HOME CARE, LLC, *et al.*,

    Defendants.

Case No.: 2:25-cv-00861-GMN-NJK

**Order**

[Docket No. 11]

    Pending before the Court is Defendants Honor Technology, Inc. and Home Instead, Inc.'s motion for an extension of time to respond to Plaintiff's complaint, Docket No. 11, which is **GRANTED**.

    Accordingly, Defendants' deadline to respond to Plaintiff's complaint is extended to August 15, 2025.

    IT IS SO ORDERED.

    Dated: July 24, 2025

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge