S. BRETT SUTTON (NV Bar No. 12109)
JARED HAGUE (NV Bar No. 12761)
BRADY BRIGGS (NV Bar No. 15020)
**SUTTON HAGUE LAW CORPORATION, P.C.**
9790 Gateway Drive, Suite 200
Reno, NV 89521
Telephone: (775) 284-2770
Facsimile: (775) 313-9877
brett@suttonhague.com
jared@suttonhague.com
brady@suttonhague.com

Attorneys for Plaintiff
STEVEN SOIFERMAN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN SOIFERMAN, an individual,<br><br>                Plaintiff,<br><br>        vs.<br><br>A&R HOME CARE, LLC, a Pennsylvania limited liability company; HOME INSTEAD, INC., a Nebraska corporation; HONOR TECHNOLOGY, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 2:25-cv-00861-GMN-NJK<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Steven Soiferman, by and through his counsel Sutton Hague Law Corporation, as well as Defendant A&R Home Care, by and through its counsel the Law Offices of Philip J. Trenchak, and Defendants Home Instead, Inc. and Honor

Technology, Inc., by and through their counsel Cozen O'Connor, hereby stipulate to the Dismissal With Prejudice of this action, including all claims and causes of action against all parties, with each party to bear all of his/its own attorneys' fees and costs. The Parties have entered into this Stipulation pursuant to their confidential settlement agreement.

Dated: March 23, 2026                    SUTTON HAGUE LAW CORPORATION, P.C.

_____
BRADY BRIGGS, ESQ.
Attorneys for Plaintiff
STEVEN SOIFERMAN

Dated: March 23, 2026                    COZEN O'CONNOR

_/s/ John H. Feldmann, III_
_____
JOHN H. FELDMANN, III
Attorneys for Defendants
HOME INSTEAD, INC. and HONOR
TECHNOLOGY, INC.

Dated: March 23, 2026                    LAW OFFICES OF PHILIP J. TRENCHAK, ESQ.

_/s/ Philip J. Trenchak_
_____
PHILIP J. TRENCHAK
Attorneys for Defendant
A&R HOME CARE, LLC

**IT IS HEREBY ORDERED** that all claims and causes of action against all parties in this case are **DISMISSED** with prejudice.

The Clerk of Court is kindly directed to close this case.

**DATED** this _24_ day of March, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE